UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOEL GREENFELD,					Case No.: 7:13-cv-1488-VB

        Plaintiff

v.

ZWICKER & ASSOCIATES, P.C.,

        Defendant

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action be dismissed with prejudice, each party to bear its own attorney's fees and costs.

_____
Joel Greenfeld


ZWICKER & ASSOCIATES, P.C.

By its attorneys,

_____
Robert W. Thuotte, Esq.
*Pro Hac Vice*
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810
Tel. 866-367-9942, ext. 3112
Fax 978-686-6831
rthuotte@zwickerpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on ___January 2, 2014___, I caused the foregoing document to be electronically filed with the Clerk of the District Court using the CM/ECF system. I also certify that I have caused the attached document to be forwarded by United States Mail, postage prepaid, to Joel Greenfeld, 4 Taitch Ct, #301, Monroe, NY 10950, who I understand is not a registered participant for the CM/ECF system.

/s/Robert W. Thuotte
Robert W. Thuotte